# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

CALVIN M. LUCAS                                                    PLAINTIFF

v.                                    No. 4:24-cv-79-DPM

SOCIAL SECURITY
ADMINISTRATION,
Commissioner                                                      DEFENDANT

## ORDER

Unopposed recommendation, *Doc. 16*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Substantial record evidence supports the ALJ's decision;  and the Court sees no legal error. *Boettcher v. Astrue*, 652 F.3d 860, 863 (8th Cir. 2011).  Lucas's complaint will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 February 2025