IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CALVIN M. LUCAS                                                            PLAINTIFF

v.                              No. 4:24-cv-79-DPM

SOCIAL SECURITY
ADMINISTRATION,
Commissioner                                                              DEFENDANT

## JUDGMENT

Lucas's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 February 2025